**STATE of Missouri, Respondent,**

v.

**Martin D. TRUMBO, Appellant.**

**No. WD 59751.**

Missouri Court of Appeals,
Western District.

April 30, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 2002.

Application for Transfer Denied
Aug. 27, 2002.

Elizabeth U. Carlyle, Lee's Summit, MO, for Appellant.

John M. Morris, III, Jeremiah W. (Jay) Nixon, Dora A. Fichter, Jefferson City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

*Order*

PER CURIAM.

Mr. Martin D. Trumbo appeals his jury convictions of assault in the first degree and armed criminal action. Mr. Trumbo claims first that the trial court erred in excluding factual evidence about his mental illness background and, second, that the jury was improperly instructed as to his reputation for violence and turbulence. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).